IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DONNIE JONES | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| GERALD ROZUM, et al. | : | NO. 09-5373 |

## ORDER

EDMUND V. LUDWIG, S.J.,

AND NOW, this 11th day of February, 2011, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED.

3. The Motion to Stay is DISMISSED AS MOOT.

4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
EDMUND V. LUDWIG, S.J.

cc: ETH